Anthony J. Oncidi (State Bar No. 118135)
aoncidi@proskauer.com
Robert H. Horn (State Bar No. 134710)
rhorn@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East
32nd Floor
Los Angeles, California 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

Attorneys for Plaintiff and Counterdefendant Aaron L. Mintz
and Counterdefendant Creative Artists Agency, LLC

Adrian M. Pruetz - State Bar No. 118215
apruetz@glaserweil.com
Patricia L. Glaser - State Bar No. 55668
pglaser@glaserweil.com
Lauren Gibbs - State Bar No. 251569
lgibbs@glaserweil.com
GLASER WEIL FINK JACOBS
   HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants and Counterclaimants
Mark Bartelstein & Associates Inc. d/b/a Priority Sports &
Entertainment and Mark Bartelstein



FILED
CLERK, U.S. DISTRICT COURT
AUG 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AARON L. MINTZ, an individual,

   Plaintiff,

vs.

MARK BARTELSTEIN & ASSOCIATES, INC., d/b/a Priority Sports & Entertainment; and MARK BARTELSTEIN, an individual,

   Defendants.

AND RELATED COUNTERCLAIMS

Case No. CV12-2554 SVW (SSx)
(Consolidated with CV12-3055 SVW(SSx))

[Discovery Document: Referred to Magistrate Judge Suzanne H. Segal]

[~~PROPOSED~~] ORDER ENTERING PROPOSED STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION

# ORDER

The Court has considered the Proposed Stipulated Protective Order Regarding Confidentiality submitted by the parties on August 15, 2012, and good cause appearing therefor, hereby approves and ORDERS entry of the Proposed Stipulated Protective Order Regarding Confidentiality.

IT IS SO ORDERED.

Dated: 8/17/12

Hon. Suzanne H. Segal
United States Magistrate Judge

1