1  Anthony J. Oncidi (State Bar No. 118135)
   aoncidi@proskauer.com
2  Robert H. Horn (State Bar No. 134710)
   rhorn@proskauer.com
3  Susan L. Gutierrez (State Bar No. 273980)
   sgutierrez@proskauer.com
4  Christopher L. Williams (*admitted pro hac vice*)
   cwilliams@proskauer.com
5  PROSKAUER ROSE LLP
   2049 Century Park East
6  32nd Floor
   Los Angeles, California 90067-3206
7  Telephone:  (310) 557-2900
   Facsimile:   (310) 557-2193
8
9  Attorneys for Plaintiff and Counterdefendant Aaron L. Mintz
   and Counterdefendant Creative Artists Agency, LLC

10
11              **UNITED STATES DISTRICT COURT**
12             **CENTRAL DISTRICT OF CALIFORNIA**
13                   **WESTERN DIVISION**

14  AARON L. MINTZ, an individual,          ) Case No. CV12-2554 SVW(SSx)
                                            ) (Consolidated with Case No. CV12-
15                Plaintiff,                ) 3055 SVW (SSx))
                                            )
16       vs.                                ) **PLAINTIFF AND**
                                            ) **COUNTERDEFENDANT AARON**
17  MARK BARTELSTEIN &                      ) **L. MINTZ'S EVIDENTIARY**
    ASSOCIATES, INC., d/b/a Priority        ) **OBJECTIONS TO THE**
18  Sports & Entertainment; and MARK        ) **DEPOSITION TESTIMONY**
    BARTELSTEIN, an individual,             ) **FILED BY DEFENDANTS AND**
19                                          ) **COUNTERCLAIMANTS IN**
                                            ) **SUPPORT OF DEFENDANTS'**
20                Defendants.               ) **AND COUNTERCLAIMANTS'**
    _____    ) **MOTION FOR PARTIAL**
21                                          ) **SUMMARY JUDGMENT**
    AND RELATED COUNTERCLAIMS              )
22                                          ) Date:       October 29, 2012
    _____    ) Time:       1:30, p.m.
23                                          ) Ctrm:       6
24                                            Hon. Stephen V. Wilson
25                                            Pretrial Conf:  October 29, 2012
                                              Trial:          November 13, 2012
26
27
28

Plaintiff and counterdefendant Aaron L. Mintz ("Mintz") hereby objects to the deposition testimony submitted by defendants and counterclaimants Mark Bartelstein & Associates, Inc., d/b/a Priority Sports & Entertainment, and Mark Bartelstein (together, "Priority Sports") in support of Priority Sports' motion for partial summary judgment.

I.   **OBJECTIONS TO THE DEPOSITION TESTIMONY OF AARON L. MINTZ (EXHIBIT C TO THE DECLARATION OF CHRISTOPHER DACUS)**

| Testimony Objected To: | Grounds for Objection: | Ruling: |
|---|---|---|
| **1. Pages 206:25-207:24**<br>"Q: Okay. And what's the average expenditure by the agency?<br>A: Per player?<br>Q: Per player.<br>A: I mean, it depends probably on which city they were to train in. I mean, we would try to keep it as low as possible. You know, I think it was a little higher if they trained in Chicago versus if they trained in L.A.<br>Q: Ballpark. Like, how much would it be in L.A., and how much would it be in Chicago, on average? | **Not Material/Relevance (Fed. R. Evid. 401, 403).** Mintz's "ballpark" estimate of monthly rent paid for a player in Los Angeles is not relevant to the counterclaims for breach of contract and breach of the duty of loyalty.<br>**Lacks Foundation/Speculation (Fed. R. Evid. 602).** No foundation of personal knowledge for Mintz's "ballpark" estimate of monthly rent paid for a player in Los Angeles. | ☐ Sustained<br><br>☐ Overruled |

| | | |
|---|---|---|
| 1  A:  What we would try to<br>2  do is get a – one trainer to do a<br>3  bulk of guys, and then we<br>4  could pay him a bulk rate to<br>5  keep the price down per<br>6  player.  And then, you know,<br>7  apartment in L.A. depends on<br>8  whether it was a studio, one-<br>9  bedroom, or if we got a two-<br>10  bedroom to split, that was<br>11  ideal.  For a month in L.A., a<br>12  two-bedroom apartment<br>13  furnished, I would say it's<br>14  more between the high 3's and<br>15  low 4's a month split two<br>16  ways, so you're looking at<br>17  about a couple thousand<br>18  there." | | |
| 19  **2. Pages 207:25-208:9**<br>20  "Q:  I mean, give me all in,<br>21  just in your head, include the<br>22  trainer, the food, all that<br>23  nonsense.<br>24  A:  I would be – it would<br>25  be an estimate.<br>26  Q:  Of course.<br>27  A:  Let's see.  I'm just<br>28  calculating in my head.  I | **Not Material/Relevance (Fed R. Evid. 401, 403).**  The costs of a trainer, food, and "all that nonsense" are not relevant to the counterclaims for breach of contract and breach of the duty of loyalty.<br>**Lacks Foundation/Speculation (Fed. R. Evid. 602).**  No foundation of personal knowledge | ☐ Sustained<br><br>☐ Overruled |

| | |
|---|---|
| guess somewhere in the range of probably, like, 12 – to 18,000, 12 – to 20,000 in that range." | for Mintz's "guess" of the costs of a trainer, food, and "all that nonsense." |

## II.   OBJECTIONS TO THE DEPOSITION TESTIMONY OF CREATIVE ARTISTS AGENCY, LLC & STEVEN HEUMANN (EXHIBIT D TO THE DECLARATION OF CHRISTOPHER DACUS)

| Testimony Objected To: | Grounds for Objection: | Ruling: |
|---|---|---|
| **1. Page 168:21-25**<br><br>"[Mr. Oncidi]:  The – the witness is prepared to confirm that the joint defense agreement was already in effect as of the date of the meeting that he has previously testified about that occurred in or around March of 2012." | **Not Material/Relevance (Fed R. Evid. 401, 403).**  The existence of a joint defense agreement is not relevant to the counterclaims for breach of contract and breach of the duty of loyalty. | ☐ Sustained<br><br>☐ Overruled |

DATED: October 9, 2012

Anthony J. Oncidi
Robert H. Horn
Christopher L. Williams (*admitted pro hac vice*)
Susan L. Gutierrez
PROSKAUER ROSE LLP


By: _____ /s/ _____
                    Anthony J. Oncidi

Attorneys for Plaintiff and Counterdefendant Aaron L. Mintz and Counterdefendant Creative Artists Agency, LLC