1 LOUIS R. MILLER, State Bar No. 54141
smiller@millerbarondess.com
2 DANIEL S. MILLER, State Bar No. 218214
dmiller@millerbarondess.com
3 VINAY KOHLI, State Bar No. 268430
vkohli@millerbarondess.com
4 MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
5 Los Angeles, California 90067
Telephone:  (310) 552-4400
6 Facsimile:   (310) 552-8400

7 Attorneys for Plaintiff and Counterdefendant Aaron L. Mintz

9 UNITED STATES DISTRICT COURT

10 CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AARON L. MINTZ, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>MARK BARTELSTEIN & ASSOCIATES, INC., d/b/a Priority Sports & Entertainment; and MARK BARTELSTEIN, an individual<br><br>AARON L. MINTZ, an individual<br><br>         Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV12-2554 SVW(SSx)<br>(Consolidated with Case No. CV12-3055 SVW (SSx))<br><br>**PLAINTIFF'S NOTICE OF LODGING DEPOSITION TRANSCRIPT AND VIDEO FOR TRIAL**<br><br><u>Hon. Stephen V. Wilson</u><br><br>Date:  November 13, 2012<br>Time:  9:00 a.m.<br>Ctrm:  6 |

133169.2

NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS AND VIDEO AT TRIAL

1    Plaintiff Aaron L. Mintz, by and through his attorneys Miller Barondess, LLP,
2 hereby gives notice that he is lodging for trial the following deposition transcript and
3 video: (i) Mark Bartelstein, taken August 31, 2012 (video and certified copy); and (ii)
4 Bradley Ames, taken September 24, 2012 (video and certified copy).

6 DATED: November 9, 2012         Louis R. Miller
                                  Daniel S. Miller
7                                 Vinav Kohli
                                  MILLER BARONDESS. LLP

                                  By: /s/ Louis R. Miller
                                     Louis R. Miller
                                     Attorneys for Plaintiff and Counterdefendant
                                     Aaron L. Mintz

1
NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS AND VIDEO AT TRIAL

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 9, 2012 a copy of the foregoing **NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS AND VIDEO AT TRIAL** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's EM/ECF System.

/s/ Daniel S. Miller_____
Daniel S. Miller