UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Case No.: 2:12-cv-02554-SVW-SS          Date: 11/14/2012

Time: 5:07 pm

Title:   Aaron L Mintz v. Mark Bartelstein and Associates Inc

JURY NOTE NUMBER __1__

✓        THE JURY HAS REACHED A UNANIMOUS VERDICT

___      THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

_____

DATE:                    SIGNED:   **REDACTED AS TO**
                                   **FOREPERSON'S NAME**
                      Print Name: