FILED
CLERK, U.S. DISTRICT COURT
NOV 14 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

AARON L. MINTZ, an individual,

    Plaintiff,

vs.

MARK BARTELSTEIN & ASSOCIATES, INC., d/b/a/ Priority Sports & Entertainment; and MARK BARTELSTEIN, an individual,

    Defendants.

CASE NO. 2:12-cv-02554-SVW-SS

JURY VERDICT FORM

**REDACTED**

1. Has Mr. Mintz proven by a preponderance of the evidence that Mr. Bartelstein directed or approved the decision of Brad Ames and/or Richard Smith to access Mr. Mintz's Gmail account, prior to the Gmail account being accessed?

    _____ Yes  __✓__ No

If your answer to question 1 is no, then stop here, do not answer question 2, and proceed to question 3.

2. Is Mr. Mintz entitled to damages for the invasion of his right to privacy by Mr. Bartelstein?

    _____ Yes  _____ No

3. Is Mr. Mintz entitled to damages for the invasion of his right to privacy by Priority Sports?

    __✓__ Yes  _____ No

If you answered yes to either question 2 or 3, then answer question 4.

    4.    What are Mr. Mintz's damages?

        a.    Past noneconomic loss, including emotional pain/mental suffering:    $ 80,000

        b.    Future noneconomic loss, including emotional pain/mental suffering:    $ 5,000

    TOTAL:    $ 85,000

DATE: 11/14/2012     SIGNED:

**REDACTED AS TO FOREPERSON'S NAME**

Print Name

JURY FOREPERSON

After the verdict form is signed, notify the court attendant that you are ready to present your verdict in the courtroom.

- 2 of 2 -