Anthony J. Oncidi (State Bar No. 118135)
aoncidi@proskauer.com
Robert H. Horn (State Bar No. 134710)
rhorn@proskauer.com
Susan L. Gutierrez (State Bar No. 273980)
sgutierrez@proskauer.com
Christopher L. Williams (*admitted pro hac vice*)
cwilliams@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone:  (310) 557-2900
Facsimile:   (310) 557-2193

Attorneys for Plaintiff and Counterdefendant Aaron L. Mintz
and Counterdefendant Creative Artists Agency, LLC

Louis R. Miller (State Bar No. 54141)
smiller@millerbarondess.com
Daniel S. Miller (State Bar No. 218214)
dmiller@millerbarondess.com
Vinay Kohli (State Bar No. 268430)
vkohli@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Plaintiff Aaron L. Mintz

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| AARON L. MINTZ, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARK BARTELSTEIN & ASSOCIATES, INC., d/b/a Priority Sports & Entertainment; and MARK BARTELSTEIN, an individual,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV12-2554 SVW(SSx)<br>(Consolidated with Case No. CV12-3055 SVW (SSx))<br><br>**JUDGMENT**<br><br>JS-6 |

33404035v6

1   WHEREAS, on November 1, 2012, the motion for summary judgment as to
2   all counterclaims and motion for partial summary judgment as to the claims for
3   declaratory relief, violation of the Computer Fraud and Abuse Act (18 U.S.C.
4   § 1030), violation of the Electronic Communications Privacy Act (18 U.S.C. § 2501
5   *et seq.*), violation of the California Computer Data Access and Fraud Act (Cal. Pen.
6   Code § 502), invasion of privacy, and violation of the California Unfair Competition
7   Law (Cal. Bus. & Prof. Code § 17200), filed by plaintiff and counterdefendant
8   Aaron L. Mintz and counterdefendant Creative Artists Agency, LLC, came on for
9   hearing before this Court;

10   WHEREAS, on November 1, 2012, the motion for partial summary judgment
11   as to the counterclaims for breach of contract and breach of the duty of loyalty, filed
12   by defendants and counterclaimants Mark Bartelstein & Associates, Inc., d/b/a
13   Priority Sports & Entertainment, and Mark Bartelstein, came on for hearing before
14   this Court;

15   WHEREAS, on November 1, 2012, the Court:

16   (i)   Granted summary judgment for plaintiff Aaron L. Mintz and against
17          defendant Mark Bartelstein & Associates, Inc., d/b/a Priority Sports &
18          Entertainment, as to his claims for invasion of privacy and violation of
19          the California Computer Data Access and Fraud Act (Cal. Pen. Code
20          § 502), and denied summary judgment as to his claim for violation of
21          the California Unfair Competition Law (Cal. Bus. & Prof. Code
22          § 17200);

23   (ii)  Granted summary judgment for defendants Mark Bartelstein &
24          Associates, Inc., d/b/a Priority Sports & Entertainment, and Mark
25          Bartelstein and against plaintiff Aaron L. Mintz as to his claims for
26          declaratory relief, violation of the Computer Fraud and Abuse Act (18
27          U.S.C. § 1030), and violation of the Electronic Communications
28          Privacy Act (18 U.S.C. § 2501 *et seq.*); and

33404035v6

1

(iii) Granted summary judgment for counterdefendants Aaron L. Mintz and Creative Artists Agency, LLC and against counterclaimants Mark Bartelstein & Associates, Inc., d/b/a Priority Sports & Entertainment, and Mark Bartelstein as to every counterclaim (and therefore denied as moot counterclaimants' motion for partial summary judgment as to the counterclaims for breach of contract and breach of the duty of loyalty);

WHEREAS, on November 9, 2012, plaintiff Aaron L. Mintz voluntarily dismissed with prejudice his claims for defamation, interference with prospective economic relations, and violation of the California Unfair Competition Law (Cal. Bus. & Prof. Code § 17200);

WHEREAS, on November 13 and 14, 2012, a trial on damages as to the claim of plaintiff Aaron L. Mintz for invasion of privacy came on for trial by jury, which was duly impaneled and sworn;

WHEREAS, after the evidence had been presented and after being duly instructed by the Court, the jury deliberated and thereon duly returned a special verdict in favor of plaintiff Aaron L. Mintz and against defendant Mark Bartelstein & Associates, Inc., d/b/a Priority Sports & Entertainment;

WHEREAS, in accordance with the jury's special verdict and the November 1, 2012 order on the motions for summary judgment;

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff Aaron L. Mintz shall recover from defendant Mark Bartelstein & Associates, Inc., d/b/a Priority Sports & Entertainment, the sum of $85,000 on the claim for invasion of privacy, and interest at the legal rate from the date of entry of judgment until the date the judgment is fully satisfied;

2. Judgment is entered for defendant Mark Bartelstein and against plaintiff Aaron L Mintz on the claim for invasion of privacy;

3. Judgment is entered for plaintiff Aaron L. Mintz and against defendant Mark Bartelstein & Associates, Inc., d/b/a Priority Sports & Entertainment, on

plaintiff Aaron L. Mintz's claim for violation of the California Computer Data Access and Fraud Act (Cal. Pen. Code § 502), but plaintiff Aaron L. Mintz shall recover no monetary damages on that claim;

  4. Judgment is entered for defendants Mark Bartelstein & Associates, Inc., d/b/a Priority Sports & Entertainment, and Mark Bartelstein, and against plaintiff Aaron L. Mintz on the claims for declaratory relief, violation of the Computer Fraud and Abuse Act (18 U.S.C. § 1030), and violation of the Electronic Communications Privacy Act (18 U.S.C. § 2501 *et seq.*);

  5. Judgment is entered on the counterclaims of counterclaimants Mark Bartelstein & Associates, Inc., d/b/a Priority Sports & Entertainment, and Mark Bartelstein, as follows:

    (a) For counterdefendant Aaron L. Mintz and against counterclaimants Mark Bartelstein & Associates, Inc., d/b/a Priority Sports & Entertainment, and Mark Bartelstein on the counterclaims for breach of contract, breach of the covenant of good faith and fair dealing, breach of the duty of loyalty, misappropriation of trade secrets, intentional interference with present and prospective economic advantage and business relationships, conversion, violation of the California Computer Data Access and Fraud Act (Cal. Pen. Code § 502), defamation, trade libel, conspiracy, and violation of the California Unfair Competition Law (Cal. Bus. & Prof. Code § 17200);

    (b) For counterdefendant Creative Artists Agency, LLC and against counterclaimants Mark Bartelstein & Associates, Inc., d/b/a Priority Sports & Entertainment, and Mark Bartelstein on the counterclaims for misappropriation of trade secrets, intentional interference with contractual relations, intentional interference with present and prospective economic advantage and business

relationships, conspiracy, and violation of the California Unfair Competition Law (Cal. Bus. & Prof. Code § 17200);

6. Pursuant to the parties' agreement, each side shall bear its own costs of suit; and

7. Any request by counterdefendants Aaron L. Mintz and/or Creative Artists Agency, LLC for an award of reasonable attorneys' fees under California Civil Code § 3426.4 shall be made pursuant to Local Rule 54-12.

Dated: December 18, 2012

_____
Stephen V. Wilson
United States District Judge